IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| JOHN CATHEY,<br>   Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. W-14-CA-224 |
| RICHARDSON RICHARDSON BOUDREAUX KEESLING, PLLC<br>And DAVID R. KEESLING,<br>   Defendants. | § § § § § | |

# O R D E R

Pursuant to 28 U.S.C. § 636(b)(1)(A), (B) and the Local Rules of the United States District Court for the Western District of Texas, the above-numbered cause is **ASSIGNED** to United States Magistrate Judge Jeffrey C. Manske for disposition of all discovery and non-dispositive pre-trial matters and recommendations regarding case dispositive motions.

**IT IS SO ORDERED**

**SIGNED** on this 16th day of January, 2015.

_____
**WALTER S. SMITH, JR.**
**UNITED STATES DISTRICT JUDGE**